1

2

3

4

5

6

7

8

9              UNITED STATES DISTRICT COURT

10            SOUTHERN DISTRICT OF CALIFORNIA

11

12   VERENISSE GARCIA GUADARRAMA       Case No.:  3:23-cv-00917-BEN-AHG
     and BENERY GIL GARCIA,
13                                     **ORDER GRANTING JOINT**
                        Plaintiffs,    **MOTION TO CONTINUE**
14
     v.
15                                     **[ECF No. 10]**
     FORD MOTOR COMPANY,
16
                        Defendant.
17

18

19

20

21

22

23

24

25        Before the Court is the parties' joint motion to continue the Early Neutral Evaluation

26   Conference ("ENE"), Case Management Conference ("CMC"), and Order to Show Cause

27   hearing, presently set for August 15, 2023, and August 18, 2023, respectively. ECF No. 10.

28   The parties represent to the Court that Defendant's lead counsel is unable to end the

conferences and hearing because she will be at a pre-paid, out-of-town conference from August 15 through August 18. *Id*. at 2. Despite the joint motion's shortcomings,[1] the Court finds good cause to **GRANT** the motion as follows:

1.     An ***in-person*** hearing on the Order to Show Cause[2] regarding sanctions on Plaintiffs and Plaintiffs' counsel is continued to **August 30, 2023** at **2:00 p.m.** before the Honorable Allison H. Goddard in the Edward J. Schwartz U.S. Courthouse,[3] 221 West Broadway, San Diego, California 92101.

2.     The ENE is continued to **August 28, 2023** at **2:00 p.m.** *in person* before the Honorable Allison H. Goddard on the fifth floor of the Edward J. Schwartz U.S. Courthouse, 221 West Broadway, San Diego, California 92101. The Court requires the personal, *in-person* attendance of all named parties, party representatives with full settlement authority, and the primary attorney(s) responsible for the litigation at the conference.

    A.     No later than **August 21, 2023**, each party must submit to the Court via email (not filed) (at efile_goddard@casd.uscourts.gov) a Confidential Letter regarding their current position on settlement.

    B.     No later than **August 21, 2023**, each party must submit to the Court via email (not filed) (at efile_goddard@casd.uscourts.gov) the names, titles, and email addresses of all attendees. Court staff will then email all participants detailed instructions regarding the location of the Court's conference rooms.

---

[1] *Compare* AHG.Chmb.R. at 2–3 (requiring that all requests for continuances include "[a] declaration from the counsel seeking the continuance that describes the steps taken to comply with the existing deadlines, and the specific reasons why the deadlines cannot be met") *with* ECF No. 10 (no declaration).

[2] The deadline of **August 2, 2023** for Plaintiffs' counsel to file their response to Defendant's submission (ECF No. 9) **remains unchanged**. *See* ECF No. 8.

[3] The specific courtroom will be communicated to counsel closer to the hearing.

C.      All participants shall display the same level of professionalism during the ENE and be prepared to devote their full attention to the ENE as if they were attending trial. Counsel are advised that although the ENE will take place in conference rooms, all participants shall appear and conduct themselves as if it is proceeding in a courtroom, i.e., all participants must dress in appropriate courtroom attire.

**IT IS SO ORDERED.**

Dated:  July 25, 2023

Honorable Allison H. Goddard
United States Magistrate Judge