UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERENISSE GARCIA GUADARRAMA and BENERY GIL GARCIA,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>FORD MOTOR COMPANY,<br><br>　　　　　　　　　　　Defendant. | Case No.:  3:23-cv-00917-BEN-AHG<br><br>**ORDER IMPOSING SANCTIONS**<br><br>**[ECF Nos. 8, 20]** |

On July 5, 2023, the Court issued an Order to Show Cause (ECF No. 8), due to Plaintiffs' and Plaintiffs' counsel's failure to comply with the Court's May 18, 2023, Order setting an Early Neutral Evaluation Conference ("ENE") in this matter (ECF No. 5). In its Order to Show Cause, the Court detailed Plaintiff Guadarrama's and Plaintiffs' counsel's tardiness in attending the ENE, Plaintiff Garcia's failure to attend the ENE, and Plaintiff's counsel's failure to comply with pre-conference deadlines. ECF No. 8. On August 31, 2023, the Court issued a Second Order to Show Cause (ECF No. 20), due to Plaintiffs' counsel's failure to comply with its July 5, 2023, Order to Show Cause, setting a hearing in the matter (ECF No. 8). In its Second Order to Show Cause, the Court detailed Plaintiffs' counsel's untimely submission of his declaration, Plaintiffs' counsel's failure to

attend the hearing in person, and the multiple examples of cases in this district where Plaintiffs' counsel's law firm, Quill & Arrow LLP, has failed to comply with Court Orders. ECF No. 20.

The Court held a hearing in the matter on September 11, 2023. ECF No. 27. During the hearing, the Court expressed its concerns regarding Quill & Arrow LLP's failures to adequately manage cases filed in this district. *Id*. The Court admonished Mr. Jacobson because, as a partner, he is responsible for ensuring that all attorneys in his firm meet the requirements of the California Rules of Professional Conduct.

Upon due consideration, the Court finds it appropriate to sanction Quill & Arrow LLP in the amount of **$1,000.00**[1] payable to Defendant. Payment should be made through Defendant's counsel's law firm, Wilson Turner Kosmo, 402 West Broadway, Suite 1600, San Diego, CA 92101. Quill & Arrow LLP must pay the sanction by **October 11, 2023**, and must email the Court (at efile_goddard@casd.uscourts.gov) stating that the payment has been made in accordance with this Order on or before **October 13, 2023**.

At this time, in light of the representations made by counsel at the hearing, the Court declines to impose further sanctions against Plaintiffs' counsel. However, as the Court advised on the record, if Quill & Arrow LLP continues to fail to comply with the Court's orders, further sanctions will be imposed.

**IT IS SO ORDERED.**

Dated: September 14, 2023

_____
Honorable Allison H. Goddard
United States Magistrate Judge

---

[1] Defendant incurred $225 in attorney fees regarding the ENE and $550 in attorney fees regarding the first Order to Show Cause hearing, totaling $775. ECF Nos. 9, 24. The Court finds that $225 is an appropriate amount to attribute to the second Order to Show Cause hearing, which increases the total fees incurred by Defendant to $1,000.